O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERRICK EUGENE GILMORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>USP VICTORVILLE, et. al.,<br><br>　　　　Defendants. | Case No. CV 13-1698-AG (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fifth Amended Complaint, the records on file, the original Report and Recommendation of the United States Magistrate Judge, and the final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the original Report to which Plaintiff has objected. The Court accepts the final findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that: (1) defendants USP - Victorville, Lieutenant Ware, Unit Manager LeJuene, and Counselor Ferguson be dismissed in both their individual and official capacities from this action without leave to amend; and (2) all claims against all defendants in their official capacities be dismissed without leave to amend.

Dated: October 31, 2014

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

2