JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERRICK EUGENE GILMORE, | Case No. EDCV 13-1698-AG (KK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| USP VICTORVILLE, et al., | |
| Defendants. | |

Pursuant to the Memorandum and Order filed contemporaneously with this Judgment,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: June 9, 2015

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE